```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10383
   JOHN L HUNT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2005


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/11/2007 and was not confirmed.

    The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
------------------------------------------------------------------------
AT & T BANKRUPCTY        UNSECURED      NOT FILED         .00         .00
CHRIST HOSPITAL          UNSECURED      NOT FILED         .00         .00
CITY OF CHICAGO PARKING  UNSECURED        4020.00         .00         .00
SECRETARY OF STATE       NOTICE ONLY    NOT FILED         .00         .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED         .00         .00
NICOR GAS                UNSECURED         452.87         .00         .00
NUVELL CREDIT CORPORATIO UNSECURED       15679.77         .00         .00
NUVELL CREDIT CORPORATIO UNSECURED      NOT FILED         .00         .00
NUVELL CREDIT CORPORATIO SECURED NOT I    8586.92         .00         .00
ASSET ACCEPTANCE LLC     UNSECURED         338.10         .00         .00
ASSET ACCEPTANCE LLC     UNSECURED         679.44         .00         .00
ASSET ACCEPTANCE LLC     UNSECURED        4113.07         .00         .00
MELVIN J KAPLAN          DEBTOR ATTY         .00                      .00
TOM VAUGHN               TRUSTEE                                      .00
DEBTOR REFUND            REFUND                                       .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                    ---------------      ---------------
TOTALS                   .00                  .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10383 JOHN L HUNT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn

Dated: 12/05/07                  _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE